# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    STANLEY R ROBINSON JR
    VERNA L ROBINSON
        Debtor(s)

Case No. 12-46649

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/27/2012, and was converted to chapter 13 on 11/27/2012.

2) The plan was confirmed on 04/15/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/05/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 04/06/2015.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $9,425.80 | |
| Less amount refunded to debtor | $59.35 | |
| **NET RECEIPTS:** | | **$9,366.45** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $450.79 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$450.79** |

Attorney fees paid and disclosed by debtor:     $1,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT | Unsecured | 752.19 | NA | NA | 0.00 | 0.00 |
| AFFILIATED RADIOLOGISTS SC | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| ARONSON | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| ARONSON FURNITURE | Unsecured | 4,151.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 205,439.41 | 188,971.12 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | 72,764.15 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 463.60 | 1,248.00 | 1,248.00 | 412.18 | 0.00 |
| CITY OF CHICAGO PARKING BUREAI | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY | Priority | 296.94 | NA | NA | 0.00 | 0.00 |
| FFPM CARMEL HOLDINGS LLC | Unsecured | 1,463.81 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | NA | NA | 887.81 | 293.23 | 0.00 |
| FORD MOTOR CREDIT | Secured | NA | 887.81 | 887.81 | 0.00 | 0.00 |
| HSBC | Unsecured | 1,102.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,084.00 | NA | NA | 0.00 | 0.00 |
| HSBC BENEFICIAL | Unsecured | 1,136.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 821.97 | 15.37 | 15.37 | 15.37 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 731.06 | 731.06 | 227.78 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,550.00 | 1,788.12 | 1,788.12 | 1,788.12 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 701.69 | 701.69 | 218.64 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 613.66 | 396.84 | 396.84 | 123.64 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 11,403.20 | 11,403.20 | 11,403.20 | 3,766.19 | 0.00 |
| LANDMARK ASSET RECEIVABLES M | Unsecured | NA | 1,136.34 | 1,136.34 | 375.31 | 0.00 |
| LINCOLN PARK HOSPITAL | Unsecured | 4,891.50 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYSICIANS FOUND | Unsecured | 100.27 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYST | Unsecured | 520.37 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 554.00 | 775.49 | 775.49 | 241.65 | 0.00 |
| MCHENRY LABORATORY SVC | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CLINICAL IMAGING | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWEST OPEN MRI | Unsecured | 178.91 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDICS AT RUSH | Unsecured | 256.32 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYS INC | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT CO LLC | Unsecured | 4,000.00 | NA | 3,998.98 | 1,320.76 | 0.00 |
| NUVELL CREDIT CO LLC | Secured | NA | 3,998.98 | 3,998.98 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 426.16 | 426.16 | 132.79 | 0.00 |
| RADIOLOGY CONSULTANTS | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| RLT NEUROLOGIC ASSOCS | Unsecured | 1,013.82 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 1,974.93 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED | Unsecured | 42.84 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED | Unsecured | 88.95 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 364.82 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 2,118.45 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 701.96 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 35.45 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUI | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 3,000.00 | 2,691.41 | 2,691.41 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 8,000.00 | 11,050.00 | 11,050.00 | 0.00 | 0.00 |
| UNIVERSITY HEAD & NECK ASSOC | Unsecured | 41.47 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS PC | Unsecured | 70.15 | NA | NA | 0.00 | 0.00 |
| WEBSTER EMERGENCY PHYSICIAN | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 854.22 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 108.45 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,050.00 | $0.00 | $0.00 |
| All Other Secured | $4,886.79 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,936.79** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,803.49 | $1,803.49 | $0.00 |
| **TOTAL PRIORITY**: | **$1,803.49** | **$1,803.49** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$24,396.98** | **$7,112.17** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $450.79 |
| Disbursements to Creditors | $8,915.66 |
| **TOTAL DISBURSEMENTS** : | **$9,366.45** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/19/2015                By:/s/ Tom Vaughn
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**